

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00274-CV

IN RE B.U.                                                           RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2006-20830-158

------------

## MEMORANDUM OPINION[1]

------------

The court has considered Relator's petition for writ of mandamus and request for emergency relief and is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus and request for emergency relief are denied.

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and SUDDERTH, JJ.

DELIVERED: August 28, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).